

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00589-CV

Margarita **MALDONADO**,
Appellant

v.

Trenton **FRANKLIN** and Karina Franklin,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-24167
Honorable Rosemarie Alvarado, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is REVERSED. We DISSOLVE the injunction and REMAND this cause to the trial court for further proceedings consistent with this opinion. Costs of court for this appeal are taxed against appellees Trenton and Karina Franklin.

SIGNED February 6, 2019.

_____
Patricia O. Alvarez, Justice